Adolph Goelitz, Sr., appellee, v. Benjamin L. Lathrop et al., defendants. Benjamin L. Lathrop, appellant. Gen. No. 36,923.

Opinion filed October 10, 1933. Rehearing denied October 23, 1933.

Slottow & Leviton and Ralph C. McCoy, for appellant; Charles Leviton and Harold P. Shane, of counsel. Lloyd C. Whitman, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Mary Ellen Leonard, appellant, v. Realty and Commercial Finance Company, Inc., appellee. Gen. No. 36,276.

Opinion filed October 10, 1933. Rehearing denied October 23, 1933.

Robert J. Burdett and John H. Bishop, for appellant. Schuyler, Weinfeld & Hennessy, for appellee; Henry E. Jacobs, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

John W. McDowell et al., defendants in error, v. George C. Hield and Willard J. Hield, plaintiffs in error. Gen. No. 36,474.

Opinion filed October 10, 1933.

Loucks, Eckert & Peterson, for plaintiffs in error. Winston, Strawn & Shaw and Miller, Elliott & Westervelt, for defendants in error; Frank T. Miller and John D. Black, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Sarah Braverman, appellee, v. Terrill Bond and Mortgage Company et al., appellants. Gen. No. 36,522.

Opinion filed October 10, 1933.

Joseph B. Lawler and C. Ray Smith, for appellants. Shulman, Shulman & Abrams, for appellee; Meyer Abrams, of counsel.

Mr. Justice Gridley delivered the opinion of the court.